**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Aaron Curtis LEWIS, Defendant–Appellant.**

No. 13–7678.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Aaron Curtis Lewis, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Curtis Lewis appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis*, No. 3:03–cr–00017–JPB–JES–1 (N.D.W.Va. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*